# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| CARLOS A. ALFORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAY MABUS, *Secretary of Navy* )<br>W. DEAN PHEIFFER*, Board of Corrections* )<br>*Chairman, and* MIRIAM WEATHERSBY*,* )<br>*Head Records Sections,* )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:13-CV-15-D** |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that Defendants' Motion to Remand [D.E. 24] is GRANTED. This action is DISMISSED without prejudice and REMANDED to the Board of Corrections of Naval Records (BCNR) in order to allow full consideration of the record. Plaintiff's Motions [D.E. 14, 19, 27, 31, 32, 36, 41, 42] are DISMISSED without prejudice. The Court DENIES Defendants' Motion to Strike [D.E. 39].

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JANUARY 10, 2014**</u> WITH A COPY TO:

Carlos A. Alford, Pro se (via USPS to 1404-B Harbour Drive, Wilmington, NC 28401)
Denise Walker (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>January 10, 2014</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/ Debby Sawyer<br>(By) Deputy Clerk |
| Raleigh, North Carolina | |